UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RUBEN CABREJA,

        Plaintiff,

v.                        Case No. 8:19-cv-296-T-33CPT

SC MAINTENANCE INC. and
STEVEN S. CLEMENTS,

        Defendants.
_____/

**ORDER**

This matter comes before the Court upon consideration of United States Magistrate Judge Christopher P. Tuite's Report and Recommendation (Doc. # 23), entered on June 19, 2019, recommending that Plaintiff Ruben Cabreja's Motion for Default Judgment (Doc. # 19) be granted. No objections have been filed, and the time for the submission of objections has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district

1

judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the Magistrate Judge and the recommendation of the Magistrate Judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 23) is **ACCEPTED** and **ADOPTED**.

(2) Plaintiff Ruben Cabreja's Motion for Default Judgment (Doc. # 19) is **GRANTED**.

(3) The Clerk is directed to enter Default Judgment in favor of Plaintiff Ruben Cabreja and against Defendants SC

Maintenance, Inc. and Steven Clements in the amount of $4,715.70 (consisting of $1,073.20 in actual and liquidated damages, $3,160.00 in attorney's fees, and $482.50 in costs). Thereafter, the Clerk is directed to **CLOSE THE CASE**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 8th day of July, 2019.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE